UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| OMEGA DEMOLITION CORP., | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:15-CV-00183-JAR |
| TECHNOLOGY INSURANCE COMPANY, INC., et al., | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff Omega Demotion Corp.'s ("Omega") Unopposed Motion to Lift Stay of Proceedings (Doc. 28). Having considered the motion and being duly advised,

**IT IS HEREBY ORDERED** that Plaintiff Omega Demotion Corp.'s Unopposed Motion to Lift Stay of Proceedings (Doc. 28) is **GRANTED** and the stay is lifted in this case.

**IT IS FURTHER ORDERED** that Omega shall respond to Tristar Risk Management, Inc.'s Motion to Dismiss and to Imperium Insurance Company's affirmative defenses within twenty-one (21) days of the date of this order.

**IT IS FURTHER ORDERED** that Defendants Technology Insurance Company, Inc. and Amtrust North America, Inc. shall answer or otherwise respond to Omega's complaint within twenty-one (21) days of the date of this order.

Dated this 6th day of April, 2015.

JOHN A. ROSS
UNITED STATES DISTRICT JUDGE